# Court of Appeals
# of the State of Georgia

ATLANTA, April 06, 2023

*The Court of Appeals hereby passes the following order:*

## A23I0167. IN THE INTEREST OF S. P.

S. P. filed this timely application for interlocutory review, challenging the juvenile court's grant of the State's motion to transfer this delinquency case to superior court. However, a juvenile court order granting the State's motion to transfer a case to superior court is directly appealable under OCGA § 15-11-564. *In the Interest of K. S.*, 303 Ga. 542, 546 (814 SE2d 324) (2018). "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486, n. 1 (602 SE2d 246) (2004). Accordingly, this interlocutory application is hereby GRANTED.

S. P. shall have ten days from the date of this order to file a notice of appeal in the juvenile court. If he has already filed a notice of appeal from the order at issue, he need not file a second notice. The clerk of the juvenile court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 04/06/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.